**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. $269,380.02 SEIZED FROM BRIDGEWATER BANK ACCT. NO. XXXX4954, and
2. $86,713.04 SEIZED FROM BRIDGEWATER BANK ACCT. NO. XXXX6828,

Defendants,

and

MINNESOTA QUALITY CARE, INC.,

Claimant.

Case No. 26-mc-________

**STIPULATION TO EXTEND TIME TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS**

The Plaintiff and the Claimant stipulate, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture until November 23, 2026.

1. On or about March 24, 2026, Homeland Security Investigations agents seized $269,380.02 from Bridgewater Bank Acct. No. XXXX4954, and $86,713.04 from Bridgewater Bank Acct. No. XXXX6828, each of which was held in the name of Minnesota Quality Care at Bridgewater Bank in St. Louis Park, Minnesota (together, "the Defendant Funds").

2. HSI commenced administrative forfeiture proceedings for the Defendant Funds and sent written notice to all known interested parties of its intent to forfeit the Defendant Funds.

3. On or about May 26, 2026, Minnesota Quality Care, Inc. filed a claim for the Defendant Funds through its attorney, Manda Sertich.

4. The time has expired for any other person to file a claim for the Defendant Funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claim for any portion of the Defendant Funds has been received from any other individual or entity.

5. Under 18 U.S.C. § 983(a)(3)(A), the United States has 90 days after a claim has been filed in an administrative forfeiture proceeding to bring a judicial action seeking forfeiture of the relevant property, "except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6. The parties agree to extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the Defendant Funds until November 23, 2026, to allow time for settlement discussions. Settlement discussions do not constitute or indicate any admission of liability or consent to forfeiture by Minnesota Quality Care.

Dated: 8/20/2026

DANIEL N. ROSEN
United States Attorney

*s/Craig R. Baune*
BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727

600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Craig.baune@usdoj.gov

BY: ELYSA WAN
Assistant U.S. Attorney
1400 New York Ave. NW
Washington, DC 20005
Phone: 202-897-8207
Elysa.Wan2@usdoj.gov

Date: 8/20/2026

FREDRIKSON & BYRON, P.A.

*s/Manda M. Sertich*
BY: MANDA M. SERTICH
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Phone: 612-492-7071
msertich@fredlaw.com

Attorney for Claimant
Minnesota Quality Care, Inc.